■ In the Matter of the Claim of ROSE McKEON, Appellant, v. CITY OF NEW YORK, DEPARTMENT OF SANITATION, Respondent. WORKMEN'S COMPENSA-TION BOARD, Respondent.— Decision unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.